UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2006 OCT 16 AM 11: 08
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| RICHARD SHIPMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV605-83 |
| ) | |
| DON JARRIEL, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16 day of Oct, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA